USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/22/2024

PROPOSED CONSOLIDATION ORDER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

TRUSTEES OF THE SHEET METAL WORKERS INTERNATIONAL ASSOCIATION LOCAL NO. 38 VACATION FUND, et al.

                Plaintiffs,

-against-

BELL HEATING & AIR CONDITIONING, LLC, et al.

                Defendants.

Index No. 7:23-cv-02275-NSR

------------------------------------------------------------------X

------------------------------------------------------------------X

BOARD OF TRUSTEES, SHEET METAL WORKERS' NATIONAL PENSION FUND, et al.

                Plaintiffs,

-against-

BELL HEATING & AIR CONDITIONING, LLC, et al.

                Defendants.

Index No. 7:23-cv-10262-NSR

------------------------------------------------------------------X

    Upon consent of all parties hereto, it is HEREBY ORDERED:

    1. The cases Board of Trustees, Sheet Metal Workers National Pension Fund, et al. v. Bell Mechanical LLC, et al., 7:23-cv-10262-NSR and Trustees of the Sheet Metal Workers International Association Local No. 38 Vacation Fund, et al. v. Bell Heating & Air Conditioning, LLC, et al. 23-cv-02275-NSR are consolidated as 7:23-cv-02275-NSR.  No further filings shall be

made in 7:23-cv-10262-NSR, which file shall be administratively closed. All pleadings therein maintain their legal relevance. Any further pleadings received by the Clerk of Court for case number 7:23-cv-10262-NSR shall be filed in case number 7:23-cv-02275-NSR.

    2. Magistrate Judge Judith C. McCarthy is designated for Case 7:23-cv-10262-NSR.

    3. The parties in the consolidated action shall address with the Magistrate Judge necessary modifications to the Civil Case Discovery Plan and Scheduling Order entered at Docket No. 27.

SO ORDERED _____
Hon. Nelson S. Román, U.S.D.J.
Dated: March 22, 2024
White Plains, NY